IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DOROTHY ELAINE WILLINGHAM, ET AL | |
| Plaintiffs | CIVIL ACTION NO. |
| v. | 4:12-CV-234-HLM-WEJ |
| HORIZON SATELLITES, INC., | |
| Defendants. | |

**ORDER**

The docket in this case indicates that discovery was completed July 7, 2013. The Court notes that no Consolidated Pretrial Order or Motion for Summary Judgment has been filed in this action.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that the parties file a Consolidated Pretrial Order within fourteen (14) days after receipt of this order. The Clerk is **DIRECTED** to submit this action in fourteen (14) days if the parties fail to file the Consolidated Pretrial Order.

**SO ORDERED**, this 15th day of August, 2013.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE