# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| DOROTHY ELAINE WILLINGHAM ) <br> and TIA COLLINS, on behalf of ) <br> themselves and all those similarly situated ) <br> who consent to representation, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HORIZON SATELLITES INC. ) <br> A Georgia Corporation, ) <br> ) <br> Defendant. ) <br> ) | Civil Action Number: <br> 4:12-cv-00234-HLM-WEJ <br> FLSA  Collective Action <br><br> Jury Trial Demanded |

## CONSENT MOTION TO EXTEND TIME
## TO FILE PRETRIAL ORDER

The parties, by and through counsel, jointly move the Court to extend the time for the parties to file the Pretrial Order until after such time as the United States Bankruptcy for the Northern District of Georgia, Case No. 09-40160, rules on the motion to approve settlement agreement that is pending in that court. The hearing on that motion is currently scheduled for October 9, 2013. The parties will notify the Court if the bankruptcy hearing is continued.

For the reasons above, the parties respectfully request that the Court extend the deadline for the parties to file the Pretrial Order until after the bankruptcy

hearing which is currently scheduled for October 9, 2013. A Proposed Consent Order is attached for the Court's convenience.

Respectfully submitted this 6th day of September, 2013.

| | |
|---|---|
| *s/Kimberly N. Martin* | *s/Edward N. Boehm, Jr.* |
| Kimberly N. Martin | Tracy L. Moon, Jr. |
| Georgia Bar No. 473410 | Georgia Bar No. 518050 |
| Thomas F. Martin | Edward N. Boehm, Jr. |
| Georgia Bar No. 482595 | Georgia Bar No. 183411 |
| MARTIN & MARTIN, LLP | FISHER & PHILLIPS LLP |
| P. O. Box 1070 | 1075 Peachtree Street, NE |
| Tucker, GA 30085 | Suite 3500 |
| Tel: 404-313-5538 | Atlanta, Georgia  30309 |
| Fax: 770-837-2678 | Tel: 404-231-1400 |
| kmartin@martinandmartin.com | Fax: 404-240-4249 |
| tfmartin@martinandmartin.com | tmoon@laborlawyers.com |
| | tboehm@laborlawyers.com |
| ATTORNEYS FOR PLAINTIFF | |
| | Jason B. Godwin |
| | Georgia Bar No. 142226 |
| | BUSCH, SLIPAKOFF & SCHUH, LLP |
| | 3330 Cumberland Boulevard, Suite 300 |
| | Atlanta, GA 30339 |
| | Tel:  770-790-3550 |
| | Fax:  770-790-3520 |
| | jgodwin@bssfirm.com |
| | |
| | ATTORNEYS FOR DEFENDANT |