UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DOROTHY ELAINE WILLINGHAM and TIA COLLINS, on behalf of themselves and all those similarly situated who consent to representation,<br><br>Plaintiffs,<br><br>v.<br><br>HORIZON SATELLITES INC. A Georgia Corporation,<br><br>Defendant. | Civil Action Number:<br>4:12-cv-00234-HLM-WEJ<br>FLSA Collective Action<br><br>Jury Trial Demanded |

ORDER

This Court having considered the parties' Consent Motion to Extend Time to File Pretrial Order, and for good cause shown, it is hereby

**ORDERED** that the deadline for filing the Pretrial Order is extended until such time that the United States Bankruptcy for the Northern District of Georgia, Case No. 09-40160, holds its hearing on the motion to approve settlement agreement, which is currently scheduled for October 9, 2013.

SO ORDERED, this 25th day of September, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE