# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| DOROTHY ELAINE WILLINGHAM and TIA COLLINS, on behalf of themselves and all those similarly situated who consent to representation,<br><br>    Plaintiffs,<br><br>v.<br><br>HORIZON SATELLITES INC. A Georgia Corporation,<br><br>    Defendant. | Civil Action Number: 4:12-cv-00234-HLM-WEJ<br><br>FLSA  Collective Action<br><br>Jury Trial Demanded |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through undersigned counsel, hereby file this joint stipulation of dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), seeking to dismiss with prejudice all of the claims of the Plaintiffs in this action against the Defendant. Each party shall bear their own fees and costs.

Respectfully submitted this 7th day of November, 2013.


*s/Kimberly N. Martin*          *s/Edward N. Boehm, Jr.*
Kimberly N. Martin                Tracy L. Moon, Jr.
Georgia Bar No. 473410       Georgia Bar No. 518050
Thomas F. Martin                 Edward N. Boehm, Jr.
Georgia Bar No. 482595       Georgia Bar No. 183411

| | |
|---|---|
| MARTIN & MARTIN, LLP<br>P. O. Box 1070<br>Tucker, GA 30085<br>Tel: 404-313-5538<br>Fax: 770-837-2678<br>kmartin@martinandmartin.com<br>tfmartin@martinandmartin.com<br><br>ATTORNEYS FOR PLAINTIFF | FISHER & PHILLIPS LLP<br>1075 Peachtree Street, NE<br>Suite 3500<br>Atlanta, Georgia  30309<br>Tel: 404-231-1400<br>Fax: 404-240-4249<br>tmoon@laborlawyers.com<br>tboehm@laborlawyers.com<br><br>Jason B. Godwin<br>Georgia Bar No. 142226<br>BUSCH, SLIPAKOFF & SCHUH, LLP<br>3330 Cumberland Boulevard, Suite 300<br>Atlanta, GA 30339<br>Tel:  770-790-3550<br>Fax:  770-790-3520<br>jgodwin@bssfirm.com<br><br>ATTORNEYS FOR DEFENDANT |